THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERICAN WOOLEN PRODUCTS Co., INC., v. STATE TAX COMMISSION, Respondent.— Motion denied, on the ground that the decision of this court was on the law only.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN P. WALSH, Relator, v. STATE TAX COMMISSION, Respondent.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. M. S. B. PEREIRA, Respondent, v. COUFAS CAFETERIA and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board because of failure of proof. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. CHRISTOPHER PETTIT, Respondent, v. ANNA H. REGES and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. CHARLES PICKERELL, Respondent, v. A. C. SCHUMACHER and Another, Appellants.— Reargument ordered.

Before STATE INDUSTRIAL BOARD, Respondent. MALVINA PIELA, Respondent, v. J. F. BURKE ESTATE and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. HENRY QUINN, Appellant, v. KERTSCHER & Co. and Another, Respondents.— Motion granted.

Before STATE INDUSTRIAL BOARD, Respondent. CAROLINE REIEKVAM, Respondent, v. JOSEPH KIST and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANDREW ROOSEVELT, Respondent, v. TOWN OF MT. PLEASANT and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

ROCKAWAY PACIFIC CORPORATION, Respondent, v. THE STATE OF NEW YORK, Appellant. CITY OF NEW YORK, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs to the Rockaway Pacific Corporation. All concur, except Hinman, J., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. C. E. SABIN, Respondent, v. BOSTON AND MAINE RAILROAD, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LUCCACO SALVATORE, Respondent, v. WATERS & COGSWELL, INC., and Another, Appellants.— Award reversed for failure of proof and matter remitted, with costs against the State Industrial Board to abide the event. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ROY SAYER, Respondent, v. SCOTT BROTHERS and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

SCHENECTADY KNIGHTS OF COLUMBUS BUILDING ASSOCIATION, INC., Appellant, v. SCHENECTADY CLOTHING COMPANY, Respondent.— Motion granted, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. DELIA SCHERER, Respondent, v. C. M. BOTT FURNITURE Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK SCHWARTZ, Respondent, v. 390 WADSWORTH AVENUE CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.